FILED
2021 Oct-19 PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **KIMBERLY MITCHELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-CV-1164-CLM |
| ) | |
| **TALLADEGA CITY BOARD** ) | |
| **OF EDUCATION**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL

The Court, having been advised that a settlement has been reached, **DISMISSES this case WITHOUT PREJUDICE**.  The Court retains jurisdiction of this action to reinstate the case if any party represents to the Court **on or before December 19, 2021**, that final settlement documentation could not be completed. The parties may request additional time to file dismissal documents if necessary.  If the Court does not hear from the parties by **December 19, 2021**, this dismissal will convert into a **dismissal with prejudice**.  All pending deadlines and settings in this case are cancelled.

**DONE** and **ORDERED** on October 19, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE